No. 866, Misc. SCOTT v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 867, Misc. UNITED STATES EX REL. FAULKNER v. RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 869, Misc. SCHMIDT v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 870, Misc. MORPHEW v. INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 877, Misc. CUNNINGHAM v. RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 880, Misc. DAVIES v. CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 899, Misc. STIEHLER v. MURPHY, WARDEN. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied. Petitioner pro se. Louis J. Lefkowitz, Attorney General of New York, Paxton Blair, Solicitor General, and Joseph J. Rose, Assistant Attorney General, for respondent.

No. 901, Misc. CANTRELL v. CALIFORNIA ADULT AUTHORITY ET AL. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 989, Misc. STARKWEATHER v. GREENHOLTZ, ACTING WARDEN. C. A. 8th Cir. Certiorari denied. James J. Laughlin and Albert J. Ahern, Jr. for petitioner. Clarence S. Beck, Attorney General of Nebraska, for respondent.